**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

THE COUNTY COMMISSION OF
LINCOLN COUNTY,

    Plaintiff,

v.                                                          Civil Action No. 2:17-cv-03366

WEST VIRGINIA BOARD OF PHARMACY,
et al.,

    Defendants.

---

MAYOR VIVIAN LIVINGGOOD, ON BEHALF OF
THE TOWN OF GILBERT,

    Plaintiff,

v.                                                          Civil Action No. 2:17-cv-03369

WEST VIRGINIA BOARD OF PHARMACY,
et al.

    Defendants.

---

MAYOR REBA HONAKER, ON BEHALF OF
THE CITY OF WELCH,

    Plaintiff,

v.                                                          Civil Action No. 1:17-cv-03364

WEST VIRGINIA BOARD OF PHARMACY,
et al.,

    Defendants.

MAYOR CHARLES SPARKS, ON BEHALF OF
THE TOWN OF KERMIT,

    Plaintiff,

v.							Civil Action No. 2:17-cv-03372

WEST VIRGINIA BOARD OF PHARMACY,
et al.,

    Defendants.

---

MAYOR ROBERT CARLTON, ON BEHALF OF
THE CITY OF WILLIAMSON,

    Plaintiff,

v.							Civil Action No. 2:17-cv-03532

WEST VIRGINIA BOARD OF PHARMACY,
et al.,

    Defendants.

---

THE COUNTY COMMISSION OF
MERCER COUNTY,

    Plaintiff,

v.							Civil Action No. 1:17-cv-03716

WEST VIRGINIA BOARD OF PHARMACY,
et al.,
    Defendants.

---

MAYOR RAAIMIE BARKER, ON BEHALF OF
THE TOWN OF CHAPMANVILLE,

        Plaintiff,

v.                                                                              Civil Action No. 2:17-cv-03715

WEST VIRGINIA BOARD OF PHARMACY,
et al.,
        Defendants.

## CARDINAL HEALTH'S UNOPPOSED MOTION AND STIPULATION
## FOR PHASED IDENTIFICATION OF NONPARTIES AT FAULT

        Defendant Cardinal Health 110, LLC ("Cardinal Health") intends to identify nonparties to whom it contends fault should be allocated in each of the above-captioned cases. Cardinal Health and Plaintiffs agree and stipulate that identification should occur in two or more phases and offer the following grounds for this motion:

        1.      West Virginia law provides that fault may be allocated to nonparties as well as to parties. *See* W. Va. Code § 55-7-13d(a)(1). A defendant who seeks to allocate fault to nonparties must identify them within 180 days after service of process. *See id.* § 55-7-13d(a)(2). Nonparties must be identified by name and address if that information is available by the 180-day deadline. *See id.* Otherwise, the defendant submitting the notice must provide "the best identification of the nonparty which is possible under the circumstances." *Id.*

        2.      In the above-captioned cases, Defendants have been unable to take discovery that would allow them to identify nonparties who are at fault, because the cases are stayed while remand motions remain pending.

3. Accordingly, a listing of categories of nonparties at fault is "the best identification of the nonpart[ies] which is possible under the circumstances." W. Va. Code § 55-7-13d(a)(2). Plaintiffs agree that this is true.

4. The Court previously approved this same approach to nonparty fault notices in several related cases.[1]

5. Cardinal Health and Plaintiffs therefore propose that Cardinal Health be required to (a) identify within 180 days of service of process those *categories* of nonparties who may be at fault;[2] and (b) identify nonparties-at-fault by name and last known address (or other specific identification) at a date to be determined by the Court at the Rule 26(f) conference(s) or thereafter.

6. By entering this stipulation, Plaintiffs do not waive any right they would otherwise have to object to the applicability of the statute to these cases.

7. A proposed Order is submitted along with this motion and stipulation.

Respectfully submitted,

**CARDINAL HEALTH 110, LLC**

By counsel:

*/s/ Brian A. Glasser*
Brian A. Glasser (WVSB #6597)
bglasser@baileyglasser.com

---

[1] *Cabell Cnty. Comm'n v. AmerisourceBergen Drug Corp.*, No. 3:17-cv-01665 (S.D. W. Va. Sept. 7, 2017) (Order) (ECF 92); *Kanawha Cnty. Comm'n v. RiteAid of Maryland, Inc.*, No. 2:17-cv-01666 (S.D. W. Va. Sept. 7, 2017) (Order) (ECF 114); *Fayette Cnty. Comm'n v. Cardinal Health, Inc.*, No. 2:17-cv-01957 (S.D. W. Va. Sept. 7, 2017) (Order) (ECF 82); *Wayne Cnty. Comm'n v. Rite Aid of Maryland, Inc.*, No. 3:17-cv-01962 (S.D. W. Va. Sept. 7, 2017) (Order) (ECF 81); *Boone Cnty. Comm'n v. AmerisourceBergen Drug Corp.*, No. 2:17-cv-02028 (S.D. W. Va. Sept. 7, 2017) (Order) (ECF 97); *Logan Cnty. Comm'n v. AmerisourceBergen Drug Corp.*, No. 2:17-cv-02296 (S.D. W. Va. Sept. 7, 2017) (Order) (ECF 91).

[2] Those dates in these cases as follows: *Lincoln County*, Nov. 20, 2017; *Town of Gilbert*, Nov. 20, 2017; *City of Welch*, Nov. 20, 2017; *Town of Kermit*, Nov. 20, 2017; *City of Williamson*, Dec. 3, 2017; *Mercer County*, Dec. 27, 2017; and *Town of Chapmanville*, Dec. 27, 2017.

Steven R. Ruby (WVSB #10752)
sruby@baileyglasser.com
Raymond S. Franks II (WVSB #6523)
rfranks@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555

Enu Mainigi (visiting attorney) emainigi@wc.com
F. Lane Heard (visiting attorney) lheard@wc.com
Steven M. Pyser (visiting attorney) spyser@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W. Washington, DC  20005
Telephone: (202) 434-5000
*Counsel for Cardinal Health 110, LLC*

Agreed and Stipulated to:

*/s/ John Yanchunis*
John Yanchunis
Florida Bar No. 324681
jyanchunis@forthepeople.com
Patrick A. Barthle II
Florida Bar No. 99286
pbarthle@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
(813) 223-5505

James Young
Florida Bar No. 567507
jyoung@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
76 S. Laura St., Suite 1100
Jacksonville, FL 32202
(904) 398-2722

H. Truman Chafin (WVSB #684)
Letitia N. Chafin (WVSB #7207)
**THE CHAFIN LAW FIRM, PLLC**
P.O. Box 1799
Williamson, WV 25661
Phone: 304-235-2221
Fax: 304-235-2777
Email: truman@thechafinlawfirm.com
Email: tish@thechafinlawfirm.com

Harry F. Bell, Jr., Esq. (WVSB #297)
**THE BELL LAW FIRM PLLC**
P.O. Box 1723
30 Capitol St.
Charleston, WV 25326-1723
Email: hfbel@belllaw.com
Phone: 304-345-1700

Mark E. Troy, Esq. (WVSB #6678)
**TROY LAW FIRM, PLLC**
222 Capitol Street
Suite 200A
Charleston, WV 25301
mark@troylawwv.com
Phone 304-345-1122
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed a true and correct copy of the foregoing **Cardinal Health's Unopposed Motion and Stipulation for Phased Identification of Nonparties at Fault** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter.

                                             /s/ *Brian A. Glasser*
                                             Brian A. Glasser